# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Appellee, ) | |
| ) | |
| vs. ) | Case No. 23-6047 |
| ) | |
| BARRY B. JACKSON, JR., ) | |
| ) | |
| Defendant/Appellant. ) | |

## STATUS REPORT FOLLOWING ABATEMENT OF ORAL ARGUMENT

Defendant/Appellant, Barry B. Jackson, Jr., through counsel, hereby advises this Court that as of the date of this filing, the U.S. Supreme Court has not ruled on the case of *U.S. v. Rahimi*, Case No. 22-915. Therefore, pursuant to this Court's Order of January 29, 2024, it is respectfully requested that this Status Report be accepted for filing.

Defendant/Appellant is currently incarcerated in the Oklahoma County Jail, Oklahoma City, Oklahoma pending State charges.

Respectfully submitted,

*s/ David B. Autry*
DAVID B. AUTRY, OBA #11600
1021 N. W. 16th St.
Oklahoma City, OK 73106
Telephone: 405.521.9600
Fax:        405.521.9669
Email:      dbautry77@gmail.com

ATTORNEY FOR BARRY B. JACKSON, JR.

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on this 1st day of July, 2024 a true and correct copy of the above Status Report was served, via ECF filing, on Jacquelyn Hutzell, Assistant U.S. Attorney at [jacquelyn.hutzell@usdoj.gov](mailto:jacquelyn.hutzell@usdoj.gov) .

*s/ David B. Autry*

## CERTIFICATE OF DIGITAL SUBMISSIONS

I hereby certify that with respect to the foregoing Status Report:

1. All required privacy redactions have been made;

2. If required to file additional hard copies, that the ECF submission is an exact copy of those documents;

3. The ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, Norton Antivirus 360, last updated on the date of this filing, and that according to the program, it is free of viruses.

*s/ David B. Autry*