FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

July 1, 2024

Christopher M. Wolpert
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BARRY B. JACKSON, JR.,

    Defendant - Appellant.

No. 23-6047
(D.C. No. 5:22-CR-00059-D-1)
(W.D. Okla.)

_____

## ORDER
_____

By order entered January 29, 2024, the court abated this appeal pending the United States Supreme Court's decision in *United States v. Rahimi*.

This matter is now before the court on appellant Barry Jackson's *Status Report Following Abatement of Oral Argument*, filed July 1, 2024, in which Mr. Jackson reports that "as of the date of this filing, the U.S. Supreme Court has not ruled on the case of *U.S. v. Rahimi*, Case No. 22-915."

The court understands that the United States Supreme Court decided *Rahimi* on June 21, 2024. *See United States v. Rahimi*, No. 22-915, 2024 U.S. LEXIS 2714 (June 21, 2024). In light of what appears to be a decision in *Rahimi*, it does not appear that there remains any reason to keep this matter abated.

Accordingly, on or before July 3, 2024, appellant shall file an abated case status report that (i) advises the court on all parties' respective positions concerning whether

this appeal should remain abated and (ii) advises the court on all parties' respective positions concerning how this appeal ought to move forward.

                                                 Entered for the Court

                                                 CHRISTOPHER M. WOLPERT, Clerk